# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN PATRICK HORNFECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:06-cv-00443-RBP |
| ) | |
| SHERIFF CHRIS CURRY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 19, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to exhaust administrative remedies under 42 U.S.C. § 1997e(a). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed without prejudice for failing to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). A Final Judgment will be entered.

**DATED** this 1st day of November, 2006.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**